## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

**LARRY EUGENE SMITH,**                                              **PLAINTIFF**

**V.**                                                                      **NO. 2:06CV214-P-B**

**B.C.R.F., et al.,**                                                  **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** for failing to state a claim upon which relief may be granted earning Plaintiff one strike pursuant to 29 U.S.C. 1915(e)(2)(B)(ii).

**IT IS SO ORDERED.**

THIS the 23rd day of January 2007.

                                                 /s/ W. Allen Pepper, Jr.
                                                 W. ALLEN PEPPER, JR.
                                                 UNITED STATES DISTRICT JUDGE